98 P.3d 245

# SUPREME COURT OF HAWAIʻI

Mock v. Castro . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23474, 23480    09/03/2004    Affirmed in part, vacated in part & remanded